IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MAXIMILIANO IXTEPAN and INES XALA, Natural Father and Mother of JOAQUIN IXTEPAN, Deceased | ) ) ) ) | |
| Plaintiffs, | ) ) | Cause No.: 1:14-cv-00142 |
| v. | ) ) | |
| BEELMAN TRUCK COMPANY, INC. | ) ) | |
| -and- | ) ) | |
| KENNETH WEAVER, | ) ) | |
| Defendants. | ) | |

**MEMORANDUM SUBMITTING PROPOSED ORDER AND JUDGMENT APPROVING WRONGFUL DEATH SETTLEMENT TO THE COURT**

COME NOW Plaintiffs, by and through counsel, and in preparation for the Settlement Conference set on May 11, 2015 at 2:00 p.m., hereby submit the proposed Order and Judgment Approving Wrongful Death Settlement to the Court.  (*See* Exhibit 1.)

**GOLDBLATT + SINGER**

**/s/Christopher A. Allen**
**WILLIAM K.  HOLLAND #24447MO**
wholland@stlinjurylaw.com
**CHRISTOPHER A. ALLEN #75750MO**
callen@stlinjurylaw.com
**720 Olive Street - Suite 1901**
**St. Louis, MO  63101**
**(314) 231-4100—Office**
**(314) 241-5078—Facsimile**
*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ted L. Perryman
Jason D. Guerra
ROBERTS PERRYMAN, P.C.
1034 S. Brentwood Blvd., Ste. 2100
St. Louis, MO 63117
tperryman@robertsperryman.com
jguerra@robertsperryman.com

                                              **/s/Christopher A. Allen**